IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY L. DAVIS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, et al., <br><br> *Defendants.* | Case No.: 1:22-cv-00829 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy P. Harkness of Freshfields Bruckhaus Deringer US LLP hereby enters his appearance as counsel of record for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley. This appearance shall not be deemed to be a waiver of any rights or defenses, including, without limitation, lack of personal jurisdiction. I certify that I am an active member of the Bar of this Court.

Dated: April 29, 2022

Respectfully submitted,

/s/ *Timothy P. Harkness*
Timothy P. Harkness (D.D.C. Bar No. NY0331)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
timothy.harkness@freshfields.com

*Counsel for Defendants MTN Group Limited,*
*Phuthuma Nhleko, and Irene Charnley*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

/s/ *Timothy P. Harkness*
Timothy P. Harkness (D.D.C. Bar No. NY0331)