IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY L. DAVIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, *et al.*, <br><br> *Defendants*. | Case No.: 1:22-cv-00829-RDM |

**NOTICE OF RELATED CASE**

In accordance with LCvR 40.5(b)(3), Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley (collectively, the "MTN Defendants") notify this Court of the existence of a related case, *Chand v. MTN Irancell Telecommunications Services Co.*, No. 1:22-cv-00830-TNM, currently pending before United States District Judge Trevor Neil McFadden. Both this case and *Chand*, which were filed by the same counsel on the same day against the same defendants but were not marked as related, "involve common issues of fact." LCvR 40.5(b)(3). Pursuant to LCvR 40.5(b)(3), the MTN Defendants file this notice of relatedness "immediately," and in doing so preserve all defenses, including the MTN Defendants' objection to personal jurisdiction, and reserve all rights, including the right to seek transfer of venue or to consolidate this case with any other case. The MTN Defendants are concurrently filing a similar notice in *Chand*.[1]

The factual allegations against the MTN Defendants in *Chand* and *Davis*—which draw extensively on the factual allegations in *Zobay v. MTN Group Ltd.*, No. 1:21-cv-03503 (E.D.N.Y.),

---

[1] The operative complaint in *Chand* is attached as Exhibit A.

1

in which plaintiffs are represented by Plaintiffs' counsel in *Chand* and *Davis*—are nearly identical, and so involve "common issues of fact." Both complaints are brought by U.S. servicemembers and contractors or their family members. Both complaints assert claims under the direct-liability provision of the Anti-Terrorism Act (the "ATA"), 18 U.S.C. § 2333(a). *Compare Davis* Compl. ¶¶ 2851–2871, *with Chand* Compl. ¶¶ 1456–1476. Both complaints make the same allegations of a supposed jurisdictional nexus between the MTN Defendants and the United States (which the MTN Defendants maintain is inadequate). *Compare Davis* Compl. ¶¶ 599–643, *with Chand* Compl. ¶¶ 551–595. Both complaints claim that the MTN Defendants are liable on the theory that MTN Group acquired an indirect, minority, non-controlling stake in MTN Irancell ("Irancell"), the second-largest mobile telephone network in Iran. *Compare Davis* Compl. ¶¶ 500–509, *with Chand* Compl. ¶¶ 455–464. Both complaints claim that other indirect shareholders in Irancell had a covert affiliation with the Islamic Revolutionary Guard Corps (the "IRGC"), such that the company's profits indirectly furthered the IRGC's support of terrorist groups operating outside of Iran. *Compare Davis* Compl. ¶¶ 337–361, *with Chand* Compl. ¶¶ 292–316. The only apparent difference between the two cases is that at the last step of the lengthy causal chain asserted by the complaints, the specific attacks that injured the *Chand* Plaintiffs were allegedly carried out by Shia militants in Iraq, *see Chand* Compl. ¶¶ 784–1455, while the specific attacks that injured the *Davis* Plaintiffs were allegedly carried out by Sunni militants in Iraq and Afghanistan, *see Davis* Compl. ¶¶ 946–2850.[2]

Accordingly, *Davis* and *Chand* are related cases for purposes of LCvR 40.5.

---

[2] In both complaints, the allegations against Ms. Charnley and Mr. Nhleko are based entirely on their roles as officers of MTN Group. *See, e.g.*, *Davis* Compl. ¶¶ 447, 457–462, 487–488, 572; *Chand* Compl. ¶¶ 402, 412–417, 442–443, 527.

2

3

| Dated:  May 2, 2022 | Respectfully submitted, |
|---|---|
| /s/ *David M. Zionts* | /s/ *Timothy P. Harkness* |
| David M. Zionts (D.C. Bar No. 995170) | Timothy P. Harkness (D.D.C. Bar No. NY0331) |
| Jordan L. Moran (D.C. Bar No. 888273537) | Kimberly H. Zelnick (D.D.C. Bar No. NY0325) |
| Covington & Burling LLP | Scott A. Eisman (D.D.C. Bar No. NY0326) |
| One CityCenter | Freshfields Bruckhaus Deringer US LLP |
| 850 Tenth Street, NW | 601 Lexington Avenue, 31st Floor |
| Washington, DC 20001 | New York, NY 10022 |
| Tel: (202) 662-6000 | Tel: (212) 277-4000 |
| dzionts@cov.com | timothy.harkness@freshfields.com |
| jmoran@cov.com | kimberly.zelnick@freshfields.com |
| | scott.eisman@freshfields.com |
| Benjamin S. Haley (D.C. Bar No. 500103) | |
| Covington & Burling (Pty) Ltd. | |
| Rosebank Link | |
| 173 Oxford Road, 7th Floor | |
| Johannesburg 2196, South Africa | |
| Tel:  +27 (11) 944-6914 | |
| bhaley@cov.com | |
| | *Counsel for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley* |