UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY DAVIS, et al.,<br><br>                                    Plaintiffs,<br>           -v.-<br>MTN IRANCELL<br>TELECOMMUNICATIONS SERVICES<br>COMPANY, et al.,<br><br>                                    Defendants. | Case No.: 1:22-cv-00829-RDM |

**STIPULATION AND ORDER**

WHEREAS Plaintiffs filed their Complaint in the above-captioned action on March 27, 2022, asserting claims pursuant to the Anti-Terrorism Act (18 U.S.C. § 2333(a));

WHEREAS Local Rule 5.1(c) provides that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party. If the party does not wish to appear on the public docket, it shall omit the address and simultaneously file under seal a notice containing its full address, which notice shall be available only to the Court and the opposing party";

WHEREAS, on March 27, 2022, Plaintiffs filed an ex parte motion to waive Local Rule 5.1(c), in which they stated that they would be "prepared to file under seal a list of all Plaintiffs' names and residence addresses within 30 days" (ECF No. 3);

WHEREAS Defendant MTN Group Limited ("MTN Group") is a mobile telecommunications company headquartered in South Africa;

WHEREAS Defendants Phuthuma Nhleko and Irene Charnley ("Individual Defendants") are South African nationals who currently reside in South Africa and served as President and Commercial Director of MTN Group respectively;

WHEREAS Plaintiffs requested MTN Group and Individual Defendants to waive service of process on April 8, 2022;

WHEREAS MTN Group and Individual Defendants have agreed to waive service of process in exchange for Plaintiffs' agreement to this stipulation, setting their time to respond to the Complaint and stating that Plaintiffs' counsel will provide the name and full residence address of each Plaintiff, as required by Local Rule 5.1(c), to counsel for MTN Group and Individual Defendants on an "attorneys' eyes only" basis, in accordance with the terms set forth below;

WHEREAS neither MTN Group nor Individual Defendants have previously made a request seeking an adjournment of time to move or answer the Complaint.

NOW THEREFORE, it is stipulated and agreed by all parties in this action by their undersigned counsel as follows:

1. MTN Group and Individual Defendants have agreed to waive service of the Summons and Complaint in this matter, pursuant to Federal Rule of Civil Procedure 4(d).
2. The deadline for MTN Group and Individual Defendants to answer, move to dismiss, or otherwise respond to the Complaint in this action shall be July 7, 2022.
3. Plaintiffs' counsel will provide counsel for MTN Group and Individual Defendants the name and full residence address of each Plaintiff, as required by Local Rule 5.1(c), immediately prior to filing this Stipulation. The full residence addresses will be provided on an "attorneys' eyes only" basis, provided that counsel may discuss with MTN Group

and Individual Defendants, and include in court filings as necessary, information concerning the judicial district or districts in which Plaintiffs reside.

4. This Stipulation and Order may be executed in counterparts, and electronic or facsimile signatures shall be deemed equivalent to original signatures.//
5. Nothing in this Stipulation and Order shall be construed as a waiver of any other defense available to MTN Group or Individual Defendants in responding to the Complaint, including those defenses set forth in Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).
6. Nothing in this Stipulation and Order shall be construed as a waiver of any objection MTN Group or Individual Defendants may have to the venue for this case or change in any way the parties' respective rights should any party seek to transfer venue of this case to another District or seek to consolidate this case with any other case.

Dated: April 29, 2022

/s/Ryan R. Sparacino

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Shuman Sohrn (pro hac vice pending)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, DC 20036
Telephone: (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com
shuman.sohrn@sparacinopllc.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Timothy P. Harkness

Timothy P. Harkness (D.C. Bar No. NY0331)
Kimberly H. Zelnick (D.C. Bar No. NY0325)
Scott A. Eisman (D.C. Bar No. NY0326)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
scott.eisman@freshfields.com

David M. Zionts (D.C. Bar No. 995170)
Jordan Moran (D.C. Bar No. 888273537)
Michael Goudey (pro hac vice pending)
Covington & Burling LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987
Facsimile: (202) 778-5987
dzionts@cov.com
jmoran@cov.com
mgoudey@cov.com

*Counsel for Defendants MTN Group Limited, Phuthuma Nhleko and Irene Charnley*

So ordered this 3rd day of May, 2022

*/s/ Randolph D. Moss*

RANDOLPH D. MOSS
United States District Judge

4