IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUY L. DAVIS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, *et al.*, <br><br> *Defendants*. | Case No.: 1:22-cv-00829-RDM |
| SALLY CHAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, *et al.*, <br><br> *Defendants*. | Case No.: 1:22-cv-00830-RDM |

**JOINT STATUS REPORT**

Plaintiffs and Defendants MTN Group Limited ("MTN Group"), Phuthuma Nhleko, and Irene Charnley (together, the "MTN Defendants") respectfully submit this Joint Status Report pursuant to the Court's March 10, 2025 Order.

The parties are unable to agree upon the scope of the "Stage 2" jurisdictional discovery that the Court ordered. On February 28, 2025, Plaintiffs proposed two interrogatories and three requests for production. MTN Group responded via letter on March 5, 2025, identifying the substantive reasons why Plaintiffs' proposal exceeded the scope of appropriately tailored jurisdictional discovery and was inconsistent with the Court's prior statements. On March 12,

2025, the parties spoke via telephone to identify the areas (if any) on which they could agree. While the parties made some progress, they did not reach agreement.

On March 13, 2025, MTN Group suggested to Plaintiffs that they should formally serve their interrogatories and requests for production next week. MTN Group will respond and object to those requests in the manner and on the schedule provided for by Rules 33 and 34 of the Federal Rules of Civil Procedure. MTN Group intends to make a production of documents contemporaneously with the service of its responses and objections.

The parties jointly and respectfully request that they be permitted to file another joint status report no later than April 25, 2025, which will inform the Court of any jurisdictional discovery disputes that require judicial intervention and propose next steps.

Dated: March 14, 2025                 Respectfully submitted,

**SPARACINO PLLC**

By:  /s/ Geoffrey P. Eaton
     Geoffrey P. Eaton

Geoffrey P. Eaton (DC Bar No. 473927)
Eli J. Kay-Oliphant (DC Bar No. 503235)
Ryan R. Sparacino (DC Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
eli.kay-oliphant@sparacinopllc.com
ryan.sparacino@sparacinopllc.com
geoff.eaton@sparacinopllc.com

*Counsel for Plaintiffs*

**FRESHFIELDS US LLP**

By:   /s/ Timothy P. Harkness
      Timothy P. Harkness

2

Timothy P. Harkness (D.D.C. Bar No. NY0331)
Kimberly H. Zelnick (D.D.C. Bar No. NY0325)
Freshfields US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com


**COVINGTON & BURLING LLP**

By:   /s/ David M. Zionts
        David M. Zionts

David M. Zionts (D.C. Bar No. 995170)
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987
Facsimile: (202) 778-5987
dzionts@cov.com

Benjamin S. Haley (D.C. Bar No. 500103)
Covington & Burling (Pty) Ltd.
Office No. 703, Level 7
Gate Precinct Building 3
Dubai International Financial Centre
PO Box 507082
Dubai, UAE
Telephone: +971 (4) 247-2100
Facsimile: (202) 778-5194
bhaley@cov.com

*Counsel for the MTN Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I caused a copy of the foregoing Joint Status Report to be filed on the Court's CM/ECF system, and thereby caused service to be effected by electronic means upon all counsel of record.

/s/ Timothy P. Harkness
Timothy P. Harkness
